UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:12-CR-288-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| LIONEL LAMONT COX | |

On motion of the Defendant, Lionel Cox, and for good cause shown, it is hereby ORDERED that the **[D.E. 60]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 11th day of February, 2013.

_____
LOUISE WOOD FLANAGAN
United States District Judge