IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-288-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| LIONEL LAMONT COX, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibit described below to Detective Jason Guseman of the Johnston County Sheriff's Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on February 13, 2013, be transferred to Detective Jason Guseman to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 1 | Firearm |

SO ORDERED this the 13th day of February, 2013.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

_____
Jason Guseman, Detective,
Johnston County Sheriff's Department

_____
Rudy Renfer, Assistant U.S. Attorney

2