FILED IN OPEN COURT
ON 2-14-13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-288-1-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LIONEL LAMONT COX, ) | |
| ) | |
| Defendant. ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described below to Detective Jason Guseman of the Johnston County Sheriff's Department.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on February 14, 2013, be transferred to Detective Jason Guseman to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description Of the Evidence: |
|---|---|
| 16 | Firearm |
| 21 | Firearm |

SO ORDERED this the 14th day of February, 2013.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

*(signature)*
Jason Guseman, Detective,
Johnston County Sheriff's Department

*(signature)*
Rudy Renfer, Assistant U.S. Attorney

2