IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-288-FL-1
No. 5:15-CV-571-FL

| | |
|---|---|
| LIONEL LAMONT COX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court sua sponte. On May 20, 2016, this court held petitioner's motion made pursuant to 28 U.S.C. § 2255 in abeyance until his claim raised in light of the Supreme Court's ruling in Johnson v. United States, 135 S. Ct. 2551 (2015) was resolved. Petitioner's Johnson claim is now ripe for review, so this court VACATES the stay order so as to review petitioner's Johnson and non-Johnson claims simultaneously. The Johnson claim has been fully briefed. Because the parties have not fully briefed the non-Johnson claims, the government is DIRECTED to respond to the non-Johnson claims in petitioner's § 2255 motion, as amended (DE 126, 150), within **40 days**. Petitioner, proceeding pro se with respect to the non-Johnson claims, will then have **21 days** within which to respond.

SO ORDERED, this the 4th day of May, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge