```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                      WESTERN DIVISION

                    No. 5:12-CR-288-FL-1
                    No. 5:15-CV-571-FL
```

LIONEL LAMONT COX,               )
                                 )
        Petitioner,              )
                                 )         ORDER
    v.                           )
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )

For good cause having been shown upon the unopposed motion of Respondent, it is hereby

ORDERED that Respondent shall file a response or other appropriate motion in response to Petitioner's remaining claim of ineffective assistance of counsel on or before June 13, 2018. Petitioner may file a response or reply on or before July 5, 2018.

This 5th day of June, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge